## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JEANNETTA MCELROY, individually and on behalf of all others similarly situated, | |
| Plaintiff, | Case No.: |
| v. | |
| UNILEVER UNITED STATES, INC., | |
| Defendant. | |

Plaintiff Jeannetta McElroy ("Plaintiff"), on behalf of herself and all others similarly situated, brings this class action against Defendant Unilever United States, Inc. ("Defendant" or "Unilever" or "Dove"), based on Defendant's false and deceptive advertising and labeling of their Sensitive Skin Bar Soap. Plaintiff makes the following allegations based

the investigation of her counsel, and on information and belief, except as to allegations pertaining to Plaintiff individually, which are based on her personal knowledge.

## <u>INTRODUCTION</u>

1.      This class action aims to hold Defendant Unilever United States, Inc. responsible for failing to truthfully and accurately label and market its Dove brand Sensitive Skin Bar Soap (the "Product").

2.      Allergic contact dermatitis is the fifth most prevalent skin disease in the U.S., exceeding $1.5 billion in direct annual medical costs. Between 1996 and 2016, the prevalence of dermatitis caused by personal care products increased by almost 300%. As much as 70% of the U.S. population is allergic to at least one personal care product ingredient.

3.      It is extremely difficult for people to identify what ingredient they are allergic to. Allergic reactions are attenuated in both space and time. Some allergic reactions will not manifest

until a week after exposure to the allergen. Instead, the immune system can sometimes "remember" the first exposure and the allergic reaction will develop later on the body part that was first exposed to the allergen.

4.     As a result, consumers with sensitive skin and skin conditions increasingly seek out and rely on terms like "hypoallergenic," "sensitive," "sensitive skin," and "fragrance free" when making purchasing decisions about skin care and hygiene products. Those who do not suffer from skin allergies seek hypoallergenic or putative sensitive skin safe products to avoid developing a skin allergy. Those who do suffer from a skin allergy seek hypoallergenic and sensitive skin safe products to avoid the inflammatory cascade caused by an unidentified skin allergen.

5.     Since its founding, Defendant touts Dove as being a credible and trustworthy brand in the skin care and hygiene industry. Seeking to capture the growing hypoallergenic and sensitive skin market, Defendant prominently labels its Dove Sensitive Skin Bar Soap as "hypoallergenic," "sensitive" or "sensitive skin," and "fragrance free" and "Dermatologist #1 Recommended" (collectively, the "Labeling Claims").

6.     These representations are false and misleading, however. Scores of reviews on Defendant's own website for the Product[1] demonstrate that in late 2024 and into 2025 (and continuing today), users consistently noted that Defendant changed the formulation of the Product in a way that made them break out in hives and rashes, and suffer other ailments that made the Product totally unsuitable for sensitive skin. Further, consumers report that the new formulation contains an undisclosed "scent" or "fragrance." Indeed, it appears that Defendant began phasing in a new formulation of the product potentially over three years ago, with the main rollout occurring at the end of 2024.

---

[1] https://www.dove.com/us/en/p/sensitive-skin-beauty-bar.html/00011111613782

7.    The below images show the "new" and "original" formula labels:

**Original Label:**



**New Label With New Formulation:**





8.      As seen above, the "new" label appears to be a very minor "refresh" than a substantive labeling change that would alert consumers that anything about the product has changed. Every relevant claim on the original label still appears on the new label, including the terms "hypoallergenic," "fragrance free" and "Dermatologist #1 Recommended." The only minor difference is that the new label states "sensitive" instead of "sensitive skin," but Defendant's dropping of the word "skin" from that statement does not change consumers' perception of the term. Consumers seeing "sensitive" on the new label still understand that the Product is suitable and specifically formulated to be used on sensitive skin. There is nothing on

the new label to tip off consumers that the formulation of the product has changed, or that the Labeling Claims are no longer true and accurate.

9.      The listed ingredients on the back or side label also would not tip off even extremely inquisitive consumers that anything has changed. The back/side label of the original product listed the following ingredients:

> Sodium Lauroyl Isethionate, Stearic Acid, Lauric Acid, Sodium Oleate, Water (Eau), Sodium Isethionate, Sodium Stearate, Cocamidopropyl Betaine, Glycerin, Sodium Laurate, Tetrasodium Etidronate, Tetrasodium EDTA, Sodium Chloride, Kaolin or (ou) Titanium Dioxide.

10.     The listed ingredients on the back/side of the new product lists the following ingredients:

> Sodium Lauroyl Isethionate, Stearic Acid, Lauric Acid, Sodium Oleate, Water (Aqua), Sodium Isethionate, Sodium Stearate, Cocamidopropyl Betaine, Glycerin, Sodium Laurate, Tetrasodium Etidronate, Tetrasodium EDTA, Sodium Chloride, Titanium Dioxide (CI 77891).

11.     A picture showing the sides of the original label, on the left, and the new label, on the right, is displayed below:[2]

---

[2] https://www.reddit.com/r/FragranceFreeBeauty/comments/1iz4tsk/new_dove_soaps/



12.     At first glance, these ingredient lists look identical. Every single ingredient is identical, and in the same order. The only discrepancy is the final ingredient. On the original product, the final ingredient is listed as "Kaolin or (ou) Titanium Dioxide." On the new product, the final ingredient is listed as "Titanium Dioxide (CI 77891)." To everyone but an expert allergist, and Defendant's insiders, nothing about this change would cause alarm. But the two ingredients are in fact different.

13.     The new Titanium Dioxide ingredient creates a more brilliant white color, likely used by Defendant to maximize the "whiteness" of the bar soap. Titanium Dioxide is a known skin sensitizer, and particularly harmful when inhaled (*i.e.*, when it gives off an odor), which is reportedly occurring with the Product, as discussed scores of the reviews below. Titanium Dioxide is listed on the Right to Know Hazardous Substance List by the New Jersey Department of Health, which states that it should be "handled as a CARCINOGEN—WITH EXTREME CAUTION."[3] It also states that "Titanium Dioxide may be a CARCINOGEN in humans. There may be no safe level of exposure to a carcinogen, so all contact should be reduced to the lowest possible level." Further, "[o]ne of the most common side effects of titanium dioxide is skin irritation," which can manifest in allergic reactions like "redness, itching, and hives."[4] "These reactions are more common in people with sensitive skin or existing allergies."

14.     Kaolin, on the other hand, results in less dramatic whitening, but is a gentler ingredient on skin.

15.     Notably, the side panels on the old and new labels still generally reinforce the Labeling Claims on the front label. As seen above, the side label on the new packaging, directly

---

[3] https://nj.gov/health/eoh/rtkweb/documents/fs/1861.pdf

[4] https://www.peijinchem.com/info/the-side-effects-of-titanium-dioxide-an-in-de-102837403.html

above the listed ingredients, touts that the Product contains "a fragrance-free, hypoallergenic formula that gently cleanses and nourishes skin," and that it is "gentle – for face, hands, and body," and that the "formula … visibly improves skin after just one shower." Each of these Labeling Claims are false and misleading for the new formula. The new formula is not "gentle," "fragrance-free," "hypoallergenic," and is not suitable for, and does not improve, sensitive skin anywhere on the body.

16.     The formulation change resulting in the negative experiences discussed herein may also be due to a change in the sourcing of the raw ingredients, and not a change in the ingredients themselves, resulting in a formula made with cheaper and inferior ingredients that interact together in a manner that causes skin rashes, eczema, and the other negative effects at issue.

17.     Though the precise formulation change between the old product and new product is known only to Defendant, the resulting effect on consumers has been severe and immediate. Based on the reviews discussed below, the above formulation change is not the only change that occurred, as other ingredients were also added that caused the Product to have a noticeable scent. Immediately following the formulation change, consumers flocked online to report to Defendant and other retailers that the new formulation was causing skin irritations, allergic responses, breathing and lung issues, and generally made each of the Labeling Claims false and misleading. Whatever the precise formulation change was, the new formula is not suitable for sensitive skin, is not hypoallergenic, is not fragrance or scent free, and is not doctor recommended. The following is but a small sample of reviews for the Product on Dove's website commenting on the

formula change, its effect on consumer' skin, the presence of a new fragrance or scent, and the

fact that the Labeling Claims are not true:[5]

★☆☆☆☆
**Be warned - awful smell**

Lebza

2 days ago

Do not waste your money. I have been using this product religiously for years (had three 16 packs at my house). Recently they must have changed the formula because it now smells like vomit (leaving an awful smell in the bathroom and on your body). It's also no longer kind to my skin (irritation). Luckily Costco took back all three packs and I will find a new brand for our household.

★☆☆☆☆
**What. did. you . do??!!**

Serenevibes

a month ago

I have been using this soap for many years for my sensitive skin. I just bought a pack. I would wash my face at night and wake up with red itchy eyes. Last night I washed in shower and when I got out my skin was on FIRE! Rash on my face, neck and chest. I am still recovering. Its obvious to myself and others you have changed something in out soap. I am not a lone on this matter reading the reviews of stores. Can you please go back to our beloved product? Our skin does not lie.

★☆☆☆☆
**Bad marketing and terrible scent**

Asthma patient

a month ago

I just used a new bar of this and noticed a terrible smell almost like rotten cardboard. I did a search and found that the formula has been changed. What a shame! A product that I have used for years either confidence now aggravates my asthma. A notice should have been placed on the product.

★☆☆☆☆
**Awful new formula change**

Tired of it

2 months ago

Why did you have to change this product? No one asked for this. The new product smells like chemicals and does not rinse off like it used to. I will no longer be buying this, and I am devastated to have to replace yet another much-loved product due to product changes. How can this be the most recommended dermatologist soap when the formula has changed? So disappointed in Dove.

---

[5] The referenced dates on the reviews, such as "2 days ago" or "2 months ago" were automatically generated on Dove's website in January 2026 when counsel for Plaintiff was initially drafting this Complaint.

★☆☆☆☆

### New formula: Stay clear, better soaps out there

Sd009

2 months ago

New formula, stay away from this product. No longer suitable for sensitive skin. Soap has given me the worse case of eczema and itchyness. I've been using this soap for over 8 years, no longer spending any money on Dove products. No notice or warning of a ingredients.

★☆☆☆☆

### NOT The Same Product - Terrible!

Maggie2025

2 months ago

Horrible. We have been using this soap for 10 years, and it's been a reliable product that did its job without causing irritation or leaving a residual scent. Well, no more! I immediately noticed an unusual odor, and after showering, my skin began to itch. This soap is NOT the same as the product we've used for the past decade. We are returning the bars most recently purchased from Amazon with disappointment; Dove has ruined a fine product.

★☆☆☆☆

### New Non-Sensitive 'Formula'- Sell Outs

DoveSucks

2 months ago

Way to go. You guys sold out and cheaped out too. Now you are selling sensitive soap with a new formula that is in fact not sensitive- causing allergy and skin reaction. Weird chemical smell to new 'formula'. So sad. Can't trust anything nowadays. I used the real sensitive dove soap for 10 years. Trash.

★☆☆☆☆

### Terrible New Formula!!

marie1334

2 months ago

bro. why the new formula??? i've been using only this soap for 9 years, because it was the only thing that worked for my face. recently i've been getting weird rashes on my face and my skin has been so dry and irritated. then i found out that they changed the formula... it all makes sense now. welp, no more soap for me. ya lost a loyal customer

★☆☆☆☆

### Red Swollen Eyes

RebAlva

2 months ago

This product gave me one of the worst contact dermatitis rashes I have ever had. I'd say that there is zero chance that the ingredients are truly safe for sensitive skin and hypoallergenic. If you like red eyes, that are practically swollen shut then this is the product for you... otherwise I'd steer clear of it.

★☆☆☆☆

### Awful

Loso

3 months ago

Like why ? Just one?? Are y'all really still going to ignore your costumers needs??? Changing the formula and thinking we won't notice is just dumb! And y'all expecting us to suck it and just go with it is even dumber and the fact that y'all keep silent about this is even worse. No respect for your costumers! Money greed is an awful thing!

10

★☆☆☆☆

### New formula caused rashes.

Sambam92

3 months ago

I've been using this for a decade and the only product that worked for me. The formula made be break out. I got a rash and itched for days before I figured out that the formula changed. Had to throw away the whole pack. Bring back the old formula.

★☆☆☆☆

### A fragrance-free product that smells terrible

ajt7

3 months ago

I purchased a 16-bar pack of this stuff at Costco. Used it for the first time tonight and it smells terrible. Definitely not fragrance free. Smells sour, like vomit. Debating whether to take it back or donate the remaining 15 bars to a shelter ... not sure they'd even want it.

★☆☆☆☆

### Corporate Greed Has Ruined This Product

MattRB

3 months ago

Do not buy this product. MBAs at this company had the bright idea to dramatically cheapen this product. The old formulation had developed a deep level of trust with consumers. They know that this is an inferior product. This change is entirely based on increasing short term profits even if it drives their reputation into the dirt in the long term. It is all about short term profits even if it harms their loyal customers.

★☆☆☆☆

### CAUSING RASH AND HIVES

Tyler R

3 months ago

This is literally the only soap bar I could have used, and you guys changed the ingredients or whatever you did to it, now it's giving me rash and hives. Why destroy a completely good product ? Did your customers tell you Hey, you know what you guys should do? change the ingredients! IT WAS WORKING JUST FINE!! CHANGE IT BACK!!

★☆☆☆☆

### Yuck

Dirty Dan

3 months ago

Been using this soap for years but can't anymore because it makes my bathroom smell like a vomit soaked hobo.

★☆☆☆☆

### Stinks!

Bring back old formula

3 months ago

Stinks awful as soon as you unwrap the box I left it out for a day to see if the smell would go away , it doesn't Why wreck a good thing I will never purchase again

★☆☆☆☆

### Not unscented anymore

Unhappy user

3 months ago

What happened to Dove unscented soap? It is now so strong it gives me a headache. I wish you would go back to the old formula.

★☆☆☆☆

### Why do they do it???

Moonpie

3 months ago

Awful. Listen to your customers. Change it back!!!

★☆☆☆☆

### Awful awful awful

shayla R

3 months ago

I wish I had read up on the recent reviews before I bought this soap, what a waste of money. It leaves a terrible film on my body and clogs my pores. I've never had body acne, and suddenly I had tons when I used this product just twice. I will never be buying another Dove product again, this is a horrible formulation and awful for those with sensitive skin. If you've had a negative experience, please review so others know not to purchase.

★☆☆☆☆

### Dove bar soap

Doveuser247

3 months ago

Been using this product for years and noticed a change in the soap smell and the creaminess is gone. Later I developed a bad rash . Dr said it was eczema.Ive never had eczema in my life! I suspected the soap as the cause,and after reading many comments on Reddit, it confirmed I'm not the only one. Dove, please listen to your customers. Change it back to the old formula. Don't change a good thing!! You will lose a lot of loyal customers.

★☆☆☆☆

### New version of sensitive bar soap is terrible!

Sophia B

3 months ago

Dove first the reformulated sensitive all day deodorant changed to something that itches, stings, and does nothing to stop wetness or odor and now I see the sensitive bar soap has also been reformulated. It now has a chemical smell that is awful and I can no longer use the bar soap. It's so strong I had to throw all the bars away as you can smell it through the box! I'm now looking for a new brand that was as good as the old version. I don't know why these decisions are being made but it's not working for both the new version of sensitive deodorant and the new version of soap. In case anyone is wondering the old bars say "sensitive skin" and the new bars just say "sensitive ". I'm long time customer who is so disappointed in the direction the sensitive skin products are moving. Please bring back the original version of sensitive products.

★☆☆☆☆

### This is like New Coke, but for Dove.

Adam G

4 months ago

I have used Dove soap for over 40 years, and was always happy with the results. I would even bring a bar with me when traveling so that I wouldn't have to irritate my skin with unfamiliar ingredients and scents. The new formula is just terrible. Not only does the soap have a terrible scent, it lasts for about half the number of showers that it used to. This is just yet one more example of a corporation trying to cut costs and increase profits by changing the ingredients and formula on a decades old product, and passing off the new product as the original, hoping that the average consumer would be none the wiser. Well, I can see from a large number or review on this site that the consumer is paying attention. Is Unilever paying attention to us? That was the last bar of Dove soap that I will ever buy, unless Unilever reverts to the original formula and has an advertising campaign touting their return their origins. Many of us can remember when Coca-Cola came out with New Coke, and the fiasco that was. At least they had the decency to not try to pass off the new formulation as the old, and gas light the public. It wasn't very long before they were forced to launch Coka-Cola Classic or risk losing market share to their competitors. At one point Dove soap had a nearly 25% market share, and was the third largest brand for Unilever. Too bad they brought in the wrong management team. I understand that a corporations fiduciary responsibility is to the share holders, of which I am one, but they also must understand when the actions they take risk brand reputation and reduce market share. You made a mistake, own up to it, and be better

★☆☆☆☆

### ODOR is unbearable

DoveOnly

4 months ago

Open the plastic wrap and the smell hits before opening the actual box. Listen to us!!! This is terrible. There is no way anyone at Unilever has washed with this soap. Who would approve this? FIRE them. It is a chemical smell. I had to purchase the liquid sensitive skin soap instead. It has zero fragrance. These bars are disgusting. I cannot use other brands and haven't for 20 years. Bring back the old formula. You are letting down your customers who really must have sensitive skin soap. I complained about this a few months back. This is ridiculous.

★☆☆☆☆

### Mrs

Amritha

4 months ago

Pls bring back the old formula.. thes es the only soap that didn't irritate my skin and now this is irritating and itchy.. pls bring back the old formula.. pls.. I beg you

★☆☆☆☆

### New Formula doesn't work

AvgGuy

4 months ago

I've been using this soap for a while, but the last batch I bought from Costco made me itchy. I came online and found out the formula has changed. I'll have to switch to another brand from now on.

★☆☆☆☆

### Disappointed in the change

Former Supporter

4 months ago

I am so disappointed. My family and I have loved this sensitive skin bar for years, if not decades. When we switched to the new, smaller bars, I immediately noticed a smell (which isn't really bad to me, honestly). Then I started breaking out. My skin feels dry, and I'm doing damage control now. We have entire packs in our closet, and now I don't feel comfortable using this. Please consider changing the formula back.

★☆☆☆☆

### Terrible chemical smell and irritating

Robin12345

4 months ago

Not sure what has changed, but the soap has an offense chemical smell and is now irritating. Will definitely be looking for a different brand in the future.

★☆☆☆☆

### Burns my skin

Morg123

4 months ago

I want you to know I'm very upset with the formula change. I heavily relied on this product for years for my sensitive skin and the new formula burns! You've done this before with another body wash I used to use and I'm not returning to using dove after this, can't trust it.

★☆☆☆☆

### Bad smell, irritating to skin.

RN40

4 months ago

I have used Dove sensitive skin bar soap for years. Recently I noticed it had a bad smell. I thought it was an old batch and bought more at a different store. Same bad smell. I kept on using it and now the skin on the palms of my hands is peeling off and other areas of my body itch. Will no longer use this product.

★☆☆☆☆

### How did "unscented" become "unusable" due to odor?

Elsie1

5 months ago

Last month purchased Dove Sensitive Skin at supermarket and HAD TO return it due to the offensive smell. Been using this soap for DECADES and NEVER had an issue with their "unscented" formulation. Waited a while hoping it was a bad batch. Yesterday bought 16 bar package of this same product at Costco and JUST opened outer cellophane to test the odor. SAME HORRIBLE SMELL!!! Unusable and will need to return this as well! VERY DISAPPOINTING!

★☆☆☆☆

### RASH

ElaineG

5 months ago

Sensitive???? This left a horrible rash over my entire body, it was so bad, I needed to be put on steroids!

★☆☆☆☆

### Dove Sensitive Bar Soap Smells Terrible

JoeG68

5 months ago

Product says fragrance free. Open box and what an odor this soap has. Absolutely stinks!!! Smells terrible!!! I've contacted Unilever about my dissatisfaction with no reply from them. Would not recommend buying this product.

14

★☆☆☆☆

### Chemical Smell not Fragrance Free

No Name 56

5 months ago

I have been buying this soap for years! Last week, I bought a pack of soda and it had this weird chemical smell. I returned it and bought a new pack. Well, it has the same smell. I ordered some to be delivered from a different store as I did not have time to go back to the store and it has the same smell. What is going on with this? It has a very strong chemical smell and is giving me the worst headache. I will be returning this as I buy fragrance free due to fragrance issues. I will now be on the search for a new soap! Guess they have changed the formulation which is causing these issues.

★☆☆☆☆

## Nasty smell

Tom58

5 months ago

I couldn't get over the dreadful smell. I didn't dare wash with it. Reminds me of something in chem labs at university.

★☆☆☆☆

### Dove sensitive skin soap bar

Mimi 8

5 months ago

The sensitive skin Doce soap bar has been reformulated . The old formula contains Kaolin , the new formula contains Titanium Dioxide. The old formula ( with Koalin) was an amazing formula enough hydration with NO irritation . The new formula ( with Titanium Dioxide ) feels more hydrated once applied and then the skin feels tight and itchy . Please bring back the old formula of the Dove sensitive skin soap bar ( with Koalin NOT titanium dioxide )

★☆☆☆☆

### Horrible rash on hands and legs

AngryInSC

5 months ago

WARNING - causes horrible rash and hives. I don't know what they did with this new formula but it's terrible. It smells like mold/mildew and caused me to have horrible rash and hives for days. Never buying Dove again.

★☆☆☆☆

### What did you do? Please change it back.

Justmeo

6 months ago

What did you do? Why did you change, and ruin, the only soap that ever worked for me? Please, I'm begging you, change it back. The new, current, formula is terrible, smelly, and obnoxious.

★☆☆☆☆

### Change it back!

Stop the Change

6 months ago

Please change the sensitive skin bar soap back. I finally ran out of my old pack and just used the new one. It smelled weird (not fragrance but still a scent) and made my skin itch burn and itch. I will not be using any more of it.

★☆☆☆☆

### Horrible Smell That Lingers

Jenn36

6 months ago

The Sensitive bar has been reformulated and it's terrible. I thought other reviews were exaggerated- they are not. The bars smell rancid somehow, and after washing my hands it lingered for hours. I've used the Sensitive bar for my body and face for years, but will have to find something else. This is beyond bad.

★☆☆☆☆

### Causes itchiness- do not recommend

Matt456

6 months ago

I DO NOT recommend! Caused me months of massive itchiness, rashes and hives.

✖ No, I do not recommend this product.



★☆☆☆☆

### WHAT DID YOU DO??

Disappointed25

6 months ago

The new "scent"/formula is TERRIBLE! When I bought a new pack of bars I was looking for mold and wondering where that horrible smell was coming from… it was coming from the soap! I have been a loyal Dove user for decades… no more…

★☆☆☆☆

### Horrible smell!

Moebe

6 months ago

I have used Dove sensitive skin bars as long as I can remember. However, last night I opened up new box of the bar soap and the smell was horrible! I was looking for mold because that is what it smelled like. Opened 3 more and they were as bad. Bought a new multipack thinking we got a bad batch. Nope - they all smell horrific! The smell is quite sickening and nauseating. I have been getting itchy underarm rashes lately. Now it makes sense - it is probably because of the soap! Dove what happened? I have been a faithful Dove user but will no longer buy Dove for my family.

★☆☆☆☆
## No longer unscented

Nibby

6 months ago

I have multiple chemical sensitivities. This was my favorite soap, but now it has a masking scent that means I can no longer use it

★☆☆☆☆
## CHANGE THE FORMULA BACK

Katie F

6 months ago

The new formula smells like mold and leaves me with itchy skin! PLEASE CHANGE IT BACK! This was the only soap I would use and now I have to change brands! I would much rather have stuck with Dove! Please change it back!

★☆☆☆☆
## New formula smells bad and causes itching

Vexed

7 months ago

I've been using this soap for over 20 years because it was one of the few soaps that was unfragranced and gentle on my skin. The new formulation smell like some of the the ingredients have gone bad. I tried to give it a try anyways and thought that perhaps I was just set in my ways and overreacting to a small change. It gave me skin irritation and a rash. Why did you change the formula of something that was so tried and true? And if you had to change it, why did you not warn consumers on the packaging, especially for a product that is aimed at people with sensitive skin? I have many sensitivities and allergies to personal care products (there are many of us who have been relying on this soap) and frankly it's exhausting to constantly have to wonder when your "safe" product will hurt you because the company that produces it can't be bothered to provide you with any information about major changes to what you are purchasing.

★☆☆☆☆
## CHANGE IT BACK

Frustrated22

7 months ago

PEOPLE HAVE LEGITIMATE SKIN ISSUES AND RELIED ON YOUR SOAP. WHY DID YOU CHANGE THE FORMULA???? This is ridiculous! I've used Dove sensitive bar soap for 20 years for severe eczema. PLEASE CHANGE IT BACK I don't have any other option!

·

★☆☆☆☆
## This is not fragrance free.

Disappointed in dove

7 months ago

This is not fragrance free. It used to be, but it isn't anymore. I found that out because I have been using this for YEARS and now, all the sudden, my "sensitive parts" are uncomfortable. I am allergic to synthetic fragrances, always have been. So I investigated all my products. Low and behold, what's got fragrance, now? My sensitive skin, hypoallergenic Dove soap. I am so disappointed and amazed that you are allowed to call it that.

★☆☆☆☆
### Formulation changes have lowered quality. Do not b

AnnoyedLady

7 months ago

Another incredible product ruined. I have been loyal to this soap for my whole life, literally. My mother used Dove sensitive on me as a child and I carried that habit over into adulthood. 30 years of purchases. Doctors have recommended this product. You've built a solid reputation and now think you can cheap out on ingredients and just ride out the trust consumers have in the brand name. I'll be switching products. People are getting sick of this and we're all well aware of money grabbing tactics. Thankfully there are other great bar cleansers on the market I can buy. I have extremely dry skin due to autoimmune disease. This was one of the few products I could use. I guess that list of safe products has gotten smaller, since I will no longer be purchasing Dove.

★☆☆☆☆
### New formula is garbage

Ls77

7 months ago

Dove , what did you do ?! WHY is there now a FRAGRANCE in this product ? I've been using the sensitive skin bar for years . It was my tried and true . I had to buy a new box and something is off - there is now an awful powdery STRONG fragrance you can smell through the box I used it thinking maybe I was crazy and now my intimate area is on fire and beyond irritated to the point I may have to make a doctors appointment. Why did you change something that worked so well for millions of people with allergies and sensitive skin and WHY are you putting a fragrance in something when you are advertising it as fragrance free ?!? I no longer trust any of your products and can no longer confidently use them . Shame on you .

...

★☆☆☆☆
### Please bring back the old formula!!!!

Idontlikestinkysoap

7 months ago

If I could give this negative stars I would. I have been using this product forever. People with sensitive skin search far and wide to find products that don't irritate their skin. The worst thing that can happen has happened, they changed their formula. I stock up on this product because I don't want to think about restocking basic toiletries. I just picked up a few 6 packs and they all stink to high heaven. I went to several different stores to purchase more thinking there was just an issue with the first batch. They all stink and irritate my skin, I now have an itchy rash. I now need to search for a new unscented soap that doesn't irritate my skin or make me sneeze. My husband and children hate the smell and feel as well. Why do companies try to fix something that does not need fixing? I found one bar of the old formula I hope it lasts until I find a replacement soap. Thanks Dove, you lost a loyal customer.

★☆☆☆☆
### Terrible moldy smell and itchy

Agonystes

7 months ago

What happened to this product?! Been buying Dove sensitive skin bar soap for over a decade. The last three pack of oap we bought smell like mold and old newspapers. Leaves our skin dry and itchy. We bought three separate 8 packs and returned them. Each one we replaced alhad that terrible smell straight out of the box. I guess we have to find a new bar soap. Very disappointed.

★☆☆☆☆
### TERRIBLE

Itchy in NJ

7 months ago

I have been using Dove soap for 40 years, and now I have to find another soap to bathe my sensitive skin. I am so angry with Dove and I HATE the new formula. It smells like garbage and is NOT for sensitive skin, it makes me itch. And, I am stuck with 11 other bars of soap because I just bought a large pack not knowing about the change. WHY? why change something that MILLIONS of people have loved and relied on?! Stupid corporate move. I will never buy Dove soap again!!

★☆☆☆☆

**Reformulation ruined it**

badubish

7 months ago

Was my perfect soap with a non drying effect and now the bar smells really bad and waxy, is slimier in lathering and does not leave me as clean as before and leaves me itchy. Really sad that the formulation changed bc why??

★☆☆☆☆

**No dermatologist should recommend this**

Mindymom

7 months ago

I have used Dove Unscented for more than 15 years because this product gave me rashes. I tried this because suddenly I can't find Unscented anywhere. Now I have dime-sized welts, itchy on my hands and feet, and my nail beds are a ragged, bloody mess. I guess I'm done with Dove.

18.    Dove clearly knows that the formula change has been a disaster with its customers and has caused the Labeling Claims to be not true and misleading. For instance, roughly eight months ago and beforehand (and well before Plaintiff purchased the Product), Dove responded to complaints about the new formula change on its website. As of roughly seven months ago, Defendant simply stopped responding:

★☆☆☆☆

**DONT DO IT YALL**

Upsetcustomer

7 months ago

ZONT ZO IT. This soap has given me a horrible rash all over my body. I only used it three times before the breakout got to the point that I looked at the other reviews for the product and discovered ITS DOVES FAULT. With so many customers reporting the same issues with the new formula over the past months, it is a disgrace that this product has not been recalled. Will never buy from dove again.

Helpful?  👍 (15)  👎 (0)    Report

| 💬 Response from Dove: | 7 months ago |
| --- | --- |
| Dove Consumer Services | |
| We're sorry to hear about your experience with our Sensitive Skin Beauty Bar. Your safety and satisfaction are our top priorities. Please contact our Consumer Services team at consumer.services@unilever.com with your contact details and the ref ID# 51386368 so we can address this matter promptly. Thanks. | |

19



### DO NOT BUY SMELLS LIKE MOLD

Alfj

7 months ago

I have been using this product for years and never had a problem until recently. I bought a package of Dove Moisturizing Beauty Bar Soap Sensitive Skin, 3.75 oz, 16 Bars from Costco and the first bar I tried using smelled horribly like mold, at first I thought maybe it was the new shower curtain I had bought but it wasn't the shower curtain so I thought maybe it was the wash cloth but no it wasn't that either. It was the bar of soap itself that had a horrible musty mold stench that literally turns your stomach and it irritated my skin horribly. If it weren't for the fact that I'd bought the large 16 bar package I wouldn't care. But, since I did buy the large 16 bar package I'm not willing to eat the cost and buy anymore.

Helpful? 👍 (9) 👎 (0)    Report

| | |
|---|---|
| 💬 Response from Dove: | 7 months ago |
| Dove Consumer Services | |
| We're sorry to hear this. Your feedback is important to us, and we take it seriously. Our team would like to connect with you to gather some additional details. Please reach out to us at consumer.services@unilever.com with your contact details and the ref id # 51370163. Thank you. | |



### Horrific Smell and Poor Quality

sensitiveskinnowin

7 months ago

I just purchased a 14 bar pack. The smell of the bars out of the box is similar to musty mildew. The soap barely suds compared to previous formulas. I'm shocked that Dove would sell something with this poor quality.

🏷 **How would you describe your skin on your body?** Normal

✖ No, I do not recommend this product.

Helpful? 👍 (6) 👎 (0)    Report

| | |
|---|---|
| 💬 Response from Dove: | 7 months ago |
| Dove Consumer Services | |
| We're sorry to hear about your disappointment with our Sensitive Skin Bar Soap. Please contact our Consumer Services team at consumer.services@unilever.com with your contact details and the ref ID: 51370162 so we can gather more information and assist you in resolving this matter. | |

20

★☆☆☆☆

## Do not use as of 6/6/2025. Reformulation causing r

Mathaboy

7 months ago

They changed the formula recently and with the new changes it's causing itchiness and rashes. Please change back. The old formula was so amazing amd the only soap I used for years.

✖ No, I do not recommend this product.



Helpful? 👍 (10) 👎 (0)      Report

| 💬 Response from Dove: | 7 months ago |
| --- | --- |
| Dove Consumer Services | |
| We apologize for any inconvenience caused by our Sensitive Skin Beauty Bar. Your satisfaction is our priority. Please reach out to our Consumer Services team at consumer.services@unilever.com with your contact details and the ref id: 51369236 so we can address your concerns promptly. | |

★☆☆☆☆

## No stars! No thank you!

Maeveish

7 months ago

Recently opened a box from a new package (Dove Sensitive, white box with the bluish-green swoop, looks exactly like the packaging I have bought for years)and have had itchy welts all over. Thought I was somehow suddenly allergic to foods I have always eaten. Finally dawned on me to google whether the soap I have bought for decades might have changed formulas and lo and behold, it did. Thanks for the rash, now I need to find new soap. If I could give this product a negative, I would.

🏷 **How would you describe your skin on your body?** Sensitive

✖ No, I do not recommend this product.

Helpful? 👍 (9) 👎 (0)      Report

| 💬 Response from Dove: | 7 months ago |
| --- | --- |
| Dove Consumer Services | |
| We're sorry to hear about your experience with our Sensitive Skin Beauty Bar. Your safety and satisfaction are our top priorities. Please contact our Consumer Services team at consumer.services@unilever.com with your contact details and the ref id # 51349909 so we can address this matter promptly. Thanks. | |



### Change it back!

Auntie Knows Best

7 months ago

I would rate this product a 0. Change it back! This was one of the only soaps I could use on face and body. The new formula broke me out in an itchy, burning, red rash on face, chest, and arms. It also smells horrible. Don't just change the fragrance, go back to the formula that worked! Or somebody leak the old recipe out so another company can make it! Or produce both formulas and let people buy the one that suits them!

🏷 **How would you describe your skin on your body?** Sensitive

❌ No, I do not recommend this product.

Helpful? 👍 (11) 👎 (0)    Report

| 💬 Response from Dove: | 7 months ago |
| --- | --- |

Dove Consumer Services

We're sorry to hear this. Your feedback is important to us, and we take it seriously. Our team would like to connect with you to gather some additional details. Please reach out to us at consumer.services@unilever.com with your contact details and the ref id # 51351005. Thank you.



### New Formula Horrible!!!!!

CEAZ

7 months ago

I have been using Dove Sensitive Skin bar soap for 20+ years and no issues. This NEW formula is no good!!! Why change something that works for people that have these issues. Skin is inflamed with rash and irritation. Thinking this product was safe purchased a bundle from Sam's club now come to find out the culprit was this soap. PLEASE CHANGE IT BACK!!! PLEASE!

🏷 **How would you describe your skin on your body?** Sensitive

❌ No, I do not recommend this product.

Helpful? 👍 (10) 👎 (0)    Report

| 💬 Response from Dove: | 7 months ago |
| --- | --- |

Dove Consumer Services

We're sorry to hear about your negative experience with our Sensitive Skin Beauty Bar. Your health and satisfaction are important to us. Please reach out to our team at consumer.services@unilever.com with your contact details and the ref id # 51351186 so we can address your concerns. Thank you.



★☆☆☆☆
**Rancid smell**

Cat25

7 months ago

Have been using the sensitive skin soap for several years but have to discontinue using it due to the rancid odor of the newer formulation. I had to actually take the bars I just purchased out to my outside garbage can because the smell was so bad. Unilever needs to pay attention to all of the reviews on the newer formula because they are losing customers. As the old saying goes if it ain't broke don't fix it. I bought the Dove original to use as a replacement but apparently that formula has changed also because it is making my face itch.

Helpful?  👍 (8)  👎 (0)     Report

> 💬 Response from Dove:                                                7 months ago
>
> Dove Consumer Services
>
> We're sorry to hear this. Your feedback is important to us, and we take it seriously. Our team would like to connect with you to gather some additional details. Please reach out to us at consumer.services@unilever.com with your contact details and the ref id # 51351322. Thank you.

★☆☆☆☆
**New Formula**

Pinkbutterfly

7 months ago

I have used Dove for many years and I've never had any issues. All of a sudden, I am itching with small bumps all over. My eczema (which has been under control) has been flaring up horribly. I can only assume this is due to the new formula. I'm so disappointed in companies changing stuff. If it's not broke, leave it alone!

🏷 **How would you describe your skin on your body?** Combination

✖ No, I do not recommend this product.

Helpful?  👍 (10)  👎 (0)     Report

> 💬 Response from Dove:                                                7 months ago
>
> Dove Consumer Services
>
> We're sorry to hear about your experience with our Sensitive Skin Beauty Bar. Your safety and satisfaction are our top priorities. Please contact our Consumer Services team at consumer.services@unilever.com with your contact details and the ref id # 51351385 so we can address this matter promptly. Thanks.

19.     There are more than two hundred reviews like these on Dove's website alone, with countless more substantially similar reviews on websites of retailers that sell the Products. Listing them all in this Complaint could span hundreds of pages. It appears that Dove responded to every such review complaining about the new formulation change for many months, starting in 2024, but then stopped responding entirely roughly seven months ago. For instance, a sample of the following reviews below is from reviews on Dove's website from more than a year ago:

★☆☆☆☆

## horrible smell

RudyHoP

a year ago

My husband has been using this product for years, the last couple times we've purchased it, both thru Amazon and at the drug store and grocery store, the bars stink! The new formulation is NOT fragrance free and the smell is hard to stomach. Why did you try to fix something that WAS NOT broken? Because it's sure broken now. Very Very disappointing

🏷 **How would you describe your skin on your body?** Sensitive

⊗ No, I do not recommend this product.

Helpful? 👍 (9) 👎 (0)        Report

> 💬 Response from Dove:                                                    a year ago
>
> Dove Consumer Services
>
> We're sorry to hear this, the quality of our Sensitive Skin Beauty Bar is important to us. We'd like to gather more details about the product and your experience. Please email consumer.services@unilever.com with the ref id: 49721925.

★☆☆☆☆

## It changed!

Bri12

a year ago

I have used Dove Soap for over 15 years and bought a new pack from Target a few months ago. It SMELLS horrible and has a slimy texture . I reached out to Dove and Dove said nothings change. I returned the one to Target and got another pack at BJ's and it's the same issue!! Dove must have changed the formula. It's unbearable. It used to have a very soft nice smell and now it smells like mildew and leaves the skin so dry. Do not buy it!!

🏷 **How would you describe your skin on your body?** Combination

⊗ No, I do not recommend this product.

Helpful? 👍 (7) 👎 (0)        Report

> 💬 Response from Dove:                                                    a year ago
>
> Consumer Support
>
> We're sorry to hear about your experience with our Sensitive Skin Beauty Bar. Your feedback is important to us. Please contact our Consumer Services team at consumer.services@unilever.com with your contact details and the ref id: 49689446 so we can gather more details and assist you further.

★☆☆☆☆
### Horrible new smell! Unusable.

Shellr30

a year ago

Horrible chemical-y smell! Returned a pack to Costco. And just got a 2 pack from Krogers, hoping that Costco just got a bad batch and that we could still use the soap we've been using for years and years, but nope. That two pack smells just as bad and will be returned. Now we need to find another soap. If the formula hasn't been changed like you're claiming, SOMETHING went wrong and it should be recalled. It's a soap for sensitive skin for Pete's sake, supposed to be fragrance-free, and people who get past the smell and use it are having their skin get irritated. Get it off the shelves.

🏷 **How would you describe your skin on your body?** Sensitive

✖ No, I do not recommend this product.

Helpful? 👍 (10) 👎 (0)    Report

---

💬 Response from Dove:                                                                  a year ago

Consumer Support

Thank you for sharing your experienced with us. We're disappointed to hear that our Sensitive Skin Beauty Bar didn't meet your expectations. Please connect with our Consumer Services team at consumer.services@unilever.com with your contact details and the ref id: 49653466 so we can better understand your experience and work to improve.

---

★☆☆☆☆
### Something is not right.

poppi

a year ago

please read this entire thing. so, i got hooked on dove about three months ago after using the sensitive bar soap at a friends house. i rm they told me that's all they used and they had glass skin. i used it on my face & body & it cleared the huge pimple i had on my face literally overnight - had my face looking like GLASS. faded all my scars with 4 days of persistent use. so fast forward, i go home & continue using my regular cleanser which i run out of, about a few weeks later. i make an order online and go to buy that sensitive bar soap but i notice the packaging is different than what my friend had (they had the older looking kind, they had just bought it that day it was a 4 pack) & didn't buy it fearing that maybe it was a different formula and didn't want to risk a break out since i have sensitive skin. i end up just using a cleanser i have in my cabinet which was making my skin feel rough & one night walked to the corner store near me and bought a regular dove bar for my face (not the sensitive kind). the bar was clearly older (the design on the box was not new.) but my mom used dove my whole life and would have boxes sitting under the cabinet for a year plus and would use them and her face was always clear. anywho, i used it and the bar was amazing, i had little to no breakouts the entire month that i used the bar from the corner store which was clearly older. now, once that bar ran out i go ahead and order the sensitive bar. when i buy it and open it, it's extremely small and smells completely weird (NOTHING like the bar my friend gave me only abt two months before, and NOTHING like the bar i bought from the corner store which store.) i use it that same night and it didn't lather like it should've and left my face so very dry and itchy. i woke up the next morning with literally FIVE SWOLLEN l pimples on my face l that im STILL recovering from. that bar completely disrupted my skin & it's ph as i have been breaking it nonstop this past week. it was nothing like what i had used only a week before. i have scars all over my forehead & chin now. something's gotta give. i used a clearly old bar from the store that wasn't even targeted for those with sensitive skin & it was far more better than what i purchased from the store. currently touching on the two humongous pimples on my cheek from the soap as i type this.



### Disappointed 😣

Haymitch1124

a year ago

We have been using Dove Sensitive skin since 1990. I recently bought a twelve pack at Walmart and the scent has definitely changed. It does not smell good at all. Even my husband noticed it. Not sure what I can do with this soap as I will not be using it. Please go back to the old formula.

Helpful? 👍 (7) 👎 (0)    Report

| 💬 Response from Dove: | a year ago |
|---|---|
| Consumer Support | |
| Thank you for reaching out to us. The formula of our Sensitive Skin Beauty Bar has not changed, but we were sorry to hear that the fragrance was different than normal. Please connect with our Consumer Services team at consumer.services@unilever.com with your contact details and the ref ID: 49620358 so we can better understand your experience and work to improve. | |



### AWFUL REFORMULATION and they're lying about it.

ErikaCA

a year ago

I've used this soap for over 10 years and suddenly it's been reformulated and Dove is lying about it. The scent is horrendous… it literally smells like you're rubbing a mildest rag on your body. Also, soap doesn't lather the same way it used to and the bar flakes apart in sheets when it is dry. Unfortunately, I've had this item on subscribe and save on Amazon and had a pack of 24 bars delivered in August that i've just gotten to and they smell soo bad I can't even use them. Dove, you owe me $32 for these bars that are unusable because of your reformulation, and non-returnable to Amazon because it's out of the return window. I will not buy again, you've lost a loyal customer.

❌ No, I do not recommend this product.

Helpful? 👍 (11) 👎 (0)    Report

| 💬 Response from Dove: | a year ago |
|---|---|
| Dove Consumer Services | |
| Hi there, thanks for taking the time to share your thoughts. We're sorry to hear the scent of our Sensitive Skin Beauty Bar wasn't for you, and we'll be sure to share your feedback with the rest of our team! | |



20.     It appears Defendant had a limited rollout of the new formulation over *three years ago*, and that it knew that the new formulation made the Labeling Claims false and misleading, but then proceed to do its full launch in 2024. For years, Defendant denied that any formulation change occurred at all, but has now instead gone silent, neither denying nor admitting to a formulation change publicly. However, just a year ago, Defendant publicly denied that any formulation change occurred at all, as seen in the below review:



21.     As discussed above, Defendant's denial of a formulation change may rest on its belief that a change in the sourcing of the ingredients does not actually change the formula. But, the ingredients in the present formula are clearly inferior, such as to cause the Labeling Claims to be false and misleading.

22.     The following reviews (and Dove's responses thereto) about the formulation change date back two to three years, signaling that Defendant appears to have used a phased release of the new formulation. These older reviews, however, occurred while Defendant's product still bore the "original" labeling described above:

★☆☆☆☆
**What happened to the soap? Strong chemical smell.**
BJW4
2 years ago

I have been using dove sensitive skin for 20+ years because it was the only soap that I didn't have issues with for whole body. The other day, my husband bought a new box and when I was took a shower as I was washing my face I smelled a very strong chemical smell. I quickly rinse my face then I ran the soap under the water, thinking maybe it has something on it, so I tried to rinse it off. I tried to wash my face again, and the strong chemical smell persisted. I told my husband about it, and when he took a shower, he tried to he soap as well and he could smell the same chemical smell. He opened another bar and tried and the the same smell. The next day he went to the store to buy another three pack of soap to see if maybe it was a fluke. But again the strong chemical smell was still strong. This all is very disappointing as I have trusted this brand for over 20 years and now I feel like I am forced to search for a new soap.

★☆☆☆☆

## What happened to your soap? Strong chemical smell

BJW4

2 years ago

I have been faithful to this soap for 20+ years. We recently bought some Dove Sensitive Skin bar soap and when I was in the shower I washed my face and a strong chemical smell immediately started burning my nose. I quickly rinsed it off then I let the water run on the soap, thinking maybe something was on it. I tried to use it again, and the smell persisted to burn my nose. I told my husband he later tried it and he could smell it as well. He went and got another bar to see maybe if it was that bar and the same thing occurred. The next day he went to the store and bought another three pack to see if it was a fluke, but each one of those bars of soap had the same strong chemical smell to it. I am so disappointed that it appears that dove has change their formula or ingredients supplier. This was the only soap that I could use for my whole body, but after 20+ years I'm forced to going hunt for a new soap.

🏷 **How would you describe your skin on your body?** Normal

✖ No, I do not recommend this product.

Helpful? 👍 (7) 👎 (1)        Report

> 💬 Response from Dove:                                                                    2 years ago
>
> Customer Service
>
> Thanks for reaching out, we're sorry our Sensitive Skin Beauty Bar didn't work for you. We appreciate feedback like yours, and it helps us improve our products - please connect with our team directly at consumer.services@unilever.com, and share ref ID: 46160948, so we can ask a few questions. We look forward to hearing back from you!

★☆☆☆☆

## Sensitive fragrance free bar is NOW FRAGRANCED

Fragrance sensitive

2 years ago

I have used this sensitive bar for over 15 years due to allergies to fragrance- this week I purchased a 4 pack only to find that Dove is still promoting this as a fragrance free product when in fact the smell is so strong, the entire cabinet under my vanity smells like this soap. That my friends is NOT fragrance free. I cant imaging what genious thought that it would be wonderful to scent the fragrance free bar and still advertise is as fragrance free. Dove has lost a long time customer which also probably means nothing to a company that would make a switch like that and not change the packaging. I had to throw the soap out . That is what Unilever thinks of its long time consumers. They dont.

★☆☆☆☆

## No Longer Unscented

MegS123

2 years ago

Just replenished for my family and there's noticeable fragrance in the new pack of bars. I called Dove to inquire if this was a manufacturing error and it sounds like they have purposefully added fragrance to these bars, but are still claiming that they're unscented. Super frustrating since there's zero indication of the change on the packaging. Off to find a new product.

★☆☆☆☆

## Ruined!

Doobie

3 years ago

Why did you have to go and add a masking fragrance to your sensitive skin bar? That was a dumb move...Now,I can not use it!

★☆☆☆☆

### Fragrance added to the sensitive bars

LilRascols

3 years ago

I have bought these bars for 14 yrs.. i cant understand for the the life of me why dove would take the "only" bar they make that was fragrance free and add a mild fragrance to it, when they make a gazillion other bars with different fragrances to accommodate others who are not sensitive .. I have purchased 4 packs of 12 bars over a month course from different stores ... only to return them all.. every single pack smelled the "same mild fragrance" as the one before...it used to smell like nothing but wax smell.. clear of everything.. my daughter and I have been having issues with the bars now since using the reformulated ones.. I have to search for a new tried and true .. because dove just had to listen to all the people complaining it smelled like wax or crayons.. when in fact, if they wanted a fragrance they have a million choices to choose from.. but as usual people complain about everything and it was the only 1 single bar they made to accommodate us very sensitive people.. im glad there are more companies out here now producing fragrance free products we arent limited any longer....bye dove..

 **How would you describe your skin on your body?** Sensitive, Dry

⊗ No, I do not recommend this product.

Helpful? 👍 (18) 👎 (0)      Report

> 🖵 Response from Dove:                                                3 years ago
>
> Consumer Services
> Thank you so much for bringing this to our attention. We're sorry to hear this, please contact our team at consumer.services@unilever.com and provide the reference id: 42087769.

★☆☆☆☆

### Something has changed

No more dove

3 years ago

I have used this sensitive skin bar soap since they started making it. The last few months the bars seems to have no slip and sticky in the skin. The bar out of the box feels that way as well. I called customer service to inquire and as soon as it was time to collect my information to reimburse me the rep not answering me when I say hello hello. Act like she can't hear me. Shady. She says something about temperature but I'm thinking it's more likely something has gone wonky with the ingredients. How can it be temperature when I have bought it this way at different stores for the past few months????? It was never this way until the last few months.

 **How would you describe your skin on your body?** Sensitive

⊗ No, I do not recommend this product.

Helpful? 👍 (10) 👎 (0)      Report

> 🖵 Response from Dove:                                                3 years ago
>
> Consumer Services
> Hello, your satisfaction will always remain our top priority, so our team would like the opportunity to reconnect with you regarding your experience - please email our team directly at consumer.services@unilever.com and share ref ID: 41929865, so we can ask you some questions. Hope to hear from you soon!

23.     As discussed above and demonstrated by the countless customer testimonials, Defendant's Labeling Claims are false and misleading. The Product's new formulation clearly contains one or more skin sensitizers in an amount that can reasonably be expected to induce an allergic response in a significant number of its intended users (*i.e.*, individuals with sensitive skin). Because the primary purpose of the Product is to be suitable to wash and nourish *sensitive* skin, it fails its primary purpose and is worthless to consumers. Indeed, the Product is not only worthless, it is dangerous and causes physical harm by causing and exacerbating the very conditions it purports to alleviate.

24.     By deceiving consumers about the nature, quality, and/or ingredients of its Product, Defendant is able to take away market share from competing products and increase its own sales and profits. Consumers lack the ability to test or independently ascertain the potential for allergic contact dermatitis or skin sensitivities at the point of sale. Reasonable consumers must and do rely on Defendant and its competitors to honestly report the nature of their products and ingredients.

25.     Plaintiff brings this action individually and on behalf of similarly situated consumers who purchased the Product that was falsely and misleadingly labeled and marketed with the Labeling Claims. Plaintiff seeks to represent a putative nationwide class and an Illinois subclass seeking damages, interest thereon, reasonable attorney fees and costs, restitution, equitable relief, and disgorgement of all benefits Defendant has enjoyed from its unlawful and deceptive business practices, as detailed herein. In addition, Plaintiff seeks injunctive relief to stop Defendant's unlawful conduct in the labeling and marketing of the Product. Plaintiff makes these allegations based on her personal knowledge as to herself and her own acts and observations and, otherwise, on information and belief based on investigation of counsel.

## JURISDICTION AND VENUE

26. This Court has jurisdiction over this action pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1332(d)(2). The matter in controversy, exclusive of interest and costs, exceeds the sum or value of $5,000,000, and there is diversity of citizenship between some members of the proposed Classes and Defendant.

27. This Court has personal jurisdiction over Defendant because Defendant has sufficient minimum contacts with the State of Illinois, and/or otherwise intentionally avails itself of the State of Illinois, through the promotion, marketing, and sale of the Products in this State (including in this District) to render the exercise of jurisdiction by this Court permissible under traditional notions of fair play and substantial justice.

28. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to the claim occurred in this District. Specifically, Plaintiff purchased the Product in this District.

## PLAINTIFF

29. Plaintiff Jeannetta McElroy is domiciled in Illinois, residing in Chicago. Plaintiff purchased the new formulation of the Dove Sensitive Skin Bar Soap, with the new labeling, around July 2025 in person from a local Walmart near her home.

30. In deciding to make the purchase, Plaintiff saw, relied upon, and reasonably believed the Labeling Claims that the Product was suitable for "sensitive" skin, was fragrance free, hypoallergenic, and Dermatologist #1 Recommended. These reasons were a significant reason for her purchases.

31. Plaintiff used the Product for roughly two months between July and September 2025 and developed a skin rash due to the Product. She stopped using the Product due to the skin rash and was unable to finish using all of the Product due to rash.

32.     Had Plaintiff known at the time that the Product was not hypoallergenic, was not suitable for sensitive skin, was not fragrance free, and was not Dermatologist #1 Recommended as promised, she would not have purchased the Product, or would not have purchased it on the same terms or for the same price. Indeed, due to the defective nature of the Product, and the fact that the Labeling Claims are not true, the Product is worthless to Plaintiff.

33.     Had Plaintiff known at the time that the Product contained skin sensitizers or allergens in sufficient quantities to cause skin irritation or corrosion or contact dermatitis in its intended users, she would not have purchased the Product, or would not have purchased it on the same terms or for the same price.

34.     Plaintiff purchased or paid more for the Product than she would have had she known the Product contained skin sensitizers or allergens in sufficient quantities to cause skin irritation or corrosion or contact dermatitis in its intended users.

35.     If Defendant reformulated the Product such that its Labeling Claims were truthful, Plaintiff would purchase the Product in the future. Plaintiff remains interested in purchasing truly hypoallergenic, fragrance free, dermatologist recommended, and sensitive skin bar soap products, and continues to seek them and purchase them in the market. However, she cannot know for certain whether the false labeling of the Product has been or will be corrected. Indeed, Defendant has never publicly admitted to the formulation change in the new products and has denied that a formulation change has even occurred. There is nothing reasonable consumers can possibly do, including looking at the ingredients list, to know whether the new formulation has been improved such that the Labeling Claims are once again true and the Product truly is suitable for sensitive skin, is hypoallergenic, and is fragrance free. After all, the same or substantially the same ingredients on the back label were used on the Product for decades without any significant reported issues by customers.

36.     The composition of the Product may change over time, but if Defendant continues to make the representations at issue here, then, when presented with false or misleading information while shopping, Plaintiff will be unable to make informed decisions about whether to purchase the Product. Plaintiff is further likely to be repeatedly misled by Defendant's conduct, unless and until Defendant is compelled to ensure the Product's labeling is accurate and no longer has the tendency or capacity to deceive or confuse reasonable consumers.

## DEFENDANTS

37.     Defendant Unilever Unites States, Inc. is a Delaware corporation with its principal place of business in Englewood Cliffs, New Jersey. Defendant manufactures, advertises, distributes, and sells the Product under its in-house brand, Dove, both online at sites like www.walmart.com, www.amazon.com, www.target.com, and www.meijer.com, and at myriad brick-and-mortar retailers and supermarkets throughout the United States, including the Walmart at which Plaintiff made her purchase. Defendant is responsible for the labeling of the Product and its formulation, as well as all marketing materials and language that accompanies the Product on sites where the Product is available for sale.

## FACTUAL ALLEGATIONS

### A.     The Hypoallergenic and Sensitive Skin Product Market

38.     According to the Centers for Disease Control and Prevention ("CDC"), 8.8 million children (12% of U.S. children) reported skin allergies in 2012. Skin allergies are even more prevalent among young children; CDC reports that 14.2% of children between the ages of 0 and 4 suffered a skin allergy in 2012.

39.     These numbers are likely to underreport the prevalence of allergic contact dermatitis. Recent studies show that somewhere between 14-70% of children suffer from skin allergies, based on positive patch skin tests.

40.     Skin allergies are similarly prevalent among adults.

41.     A significant portion of the U.S. population has allergies that are triggered by skin care products. Allergic contact dermatitis is the fifth most prevalent skin disease in the U.S. Personal care products such as soaps, lotions, and fragrances frequently contain ingredients that may cause allergic contact dermatitis. The prevalence of dermatitis related to personal care products increased by almost 300% between 1996 and 2016.

42.     Over the last decade, retail chains such as supermarkets have become the most prolific manufacturers, marketers, and distributors of so-called "natural," "clean," and "hypoallergenic" personal care products, accounting for just over 40% of world-wide revenue in 2019. However, the U.S. Food and Drug Administration ("FDA") has not defined or regulated the terms "natural," "clean," or "hypoallergenic," resulting in sellers freely advertising with these terms to imply safety and health benefits to unsuspecting consumers.

43.     Given the increased prevalence of allergic contact dermatitis and other skin conditions, there is no question consumers increasingly seek the presence of such terms on product labels when shopping for themselves and their children. Those who do not already suffer from skin allergies and sensitivities seek putative hypoallergenic and products marketed for "sensitive" skin to avoid developing skin allergies or suffering a skin reaction. Those who do suffer from skin allergies or have skin sensitivities or have children who suffer from skin allergies or skin sensitivities, seek hypoallergenic and putative "sensitive" skin products to avoid unknown and/or hidden allergens or skin sensitizers that will exacerbate or prolong their conditions.

44.     Vulnerable consumers, especially those with skin sensitivities or allergies, are thus subject to exploitation by manufacturers of these products. Consumers are willing to pay more for products labeled "hypoallergenic," "fragrance free," and suitable for "sensitive skin." In reality, so-called "hypoallergenic" and "sensitive skin" products may contain the same potential allergens

and skin sensitizers as their standard counterparts or may simply have replaced common allergens with less-studied ingredients that pose their own risks.

45.    When skin is exposed to a sufficient amount of a chemical allergen, the skin is "sensitized." Upon re-exposure to the allergen, the skin initiates an inflammatory cascade, causing skin changes associated with allergic contact dermatitis. These include redness, oedema (fluid retention), scaling, fissures (cracking), vesicles (fluid-filled sacs), bullae (bubble-like cavity), and eventually oozing.

46.    Contact sensitization and related skin allergies can severely affect a person's quality of life, depending on the severity and the site of skin sensitization. People suffering from noticeable skin allergies will try to hide the symptoms under clothing if possible, and if not, will avoid public spaces entirely. In either case, skin allergies can dramatically affect a person's confidence and engagement in life.

47.    It is difficult to identify the substance causing an allergic response. Allergic contact dermatitis develops several days after exposure to skin allergens. Some substances do not cause symptoms until a week after exposure.

48.    Once an individual is sensitized to an allergen, future contact with the allergen can trigger a response on the original site of sensitization. For example, if someone had an allergic response to a product used on the face and later used a different product containing the same allergen on the legs, the allergic response could occur on the face, even if the face was never exposed to the second product.

49.    When a consumer cannot identify the material to which they are allergic or sensitive to, allergic contact dermatitis will persist, and, it is believed, will take longer to resolve even after the cause is identified.

50.    Thus, consumers actively seek out hypoallergenic and purported sensitive skin

products and fragrance-free products to avoid a skin allergy or sensitization from occurring at all
and/or to prevent a known skin allergy from repeating the inflammatory cascade.

### B.    Defendant's Labeling Claims

51.    Defendant bases the Product's marketing scheme on appealing to consumers
seeking hypoallergenic and sensitive skin products.

52.    The Product's front labels prominently represents to consumers that the Product is
"hypoallergenic," "sensitive" or "sensitive skin," "fragrance free," and "Dermatologist #1
Recommended."

53.    On the side or back labels of the Product, Defendant reinforces the Labeling
Claims on the front label. Directly above the listed ingredients, Defendant touts that the Product
contains "a fragrance-free, hypoallergenic formula that gently cleanses and nourishes skin," and
that it is "gentle – for face, hands, and body," and that the "formula … visibly improves skin
after just one shower." Each of these Labeling Claims are false and misleading for the new
formula. The new formula is not "gentle," "fragrance-free," "hypoallergenic," and is not suitable
for, and does not improve, sensitive skin anywhere on the body.

54.    Because even a *minute* amount of a chemical allergen is enough to cause a full-
blown allergic response, Defendant knows that consumers rely upon it to not only test the final
product formulation for basic safety, but to select only those ingredients that are known to be
safe, and to avoid ingredients that are known, common allergens and sensitizers.

55.    On its website, Defendant stresses not only product safety, but *ingredient* safety.
As Defendant explains:

> For us, choosing the right ingredients takes time. We only pick ingredients that do
> a job like no other and that we have individually assessed to be safe. We find natural
> ingredients that offer the levels of care for skin and hair which you expect from a
> Dove product. If we can't source the quantities we need in a sustainable, ethically
> sourced way (or if the natural sources contain too many impurities, along with the
> good stuff) we can use nature-identical versions synthesized in laboratories for
> maximum purity and safety. We're always looking to the future. By combining

37

these approaches in sourcing Dove ingredients, we can offer you the care your skin and hair loves.[6]

56.     Regarding fragrance allergens specifically, Defendant writes on its website (though not on the Products' labels):

> Transparency in fragrance allergens[;] We recognize that a selection of ingredients used in fragrances have the potential to cause skin allergies in some individuals, we therefore disclose fragrance ingredients on our labels for transparency and to help you make informed choices. We also offer ranges of lightly scented or fragrance-free products for people who prefer unscented or fragrance-free products.
>
> We use only the highest-quality fragrance ingredients that meet global standards set by the International Fragrance Association (IFRA). We also have our own set of fragrance standards, which are stricter than the industry global standards. On top of this, we only use a very small amount of each fragrance ingredient – you might not think it, but the fragrance in total typically makes up 1.5% or much less of the overall product formulation. Plus, each fragrance is a mixture of literally dozens of ingredients, so the amount of any one ingredient in any product is very small.[7]

57.     As discussed above, however, the Product's labels state that they are "fragrance free," despite consumers repeatedly complaining that the new formulation has a distinct scent indicative of chemicals or ingredients that cause allergic responses and skin sensitization.

## C.     Definitions of Hypoallergenic

58.     Merriam-Webster defines "hypoallergenic" as "having little likelihood of causing an allergic reaction," while Dictionary.com defines the term as "designed to reduce or minimize the possibility of an allergic response . . . "

59.     Further, the prefix "hypo-" means "less than" and implies a relative relationship.

60.     Thus, the term "hypoallergenic" on the Product's label communicates to reasonable consumers that the Product is less likely to cause an allergic reaction in its intended users than similar, competing products which do not claim to be hypoallergenic.

---

[6] https://www.dove.com/us/en/stories/about-dove/ingredients-we-use.html

[7] https://www.dove.com/us/en/stories/about-dove/ingredient-transparency.html#:~:text=We%252520recognize%252520that%252520a%252520selection,help%252520you%252520make%252520informed%252520choices.

61.     The term "hypoallergenic" on the Product's label also communicates to reasonable consumers that the Product should be just as likely or less likely to cause an allergic reaction in its intended users than similar, competing products which also claim to be hypoallergenic.

62.     Separately, the term "hypoallergenic" on the Product's label communicates to reasonable consumers that the Product is not a skin sensitizer and does not contain skin sensitizers or allergens in amounts that can cause skin irritation, corrosion, or contact dermatitis or other allergic responses in the Product's intended users.

63.     The scientific definition of a skin sensitizer is a substance capable of initiating an immune response in the skin, causing localized or systemic inflammation upon repeated or subsequent exposure.

64.     Under the U.S. Occupational Safety and Health Administration's (OSHA) Hazard Communication Standard and the United Nations Globally Harmonized System of Classification and Labelling of Chemicals (GHS), a skin sensitizer is defined as a chemical that will lead to an allergic response following skin contact. OSHA classifies a chemical as a skin sensitizer if there is evidence in humans that the substance can lead to sensitization by skin contact in a substantial number of people, or if there are positive results from an appropriate animal test.

65.     If a skin sensitizer makes up 0.1% or more of a product, or if the product contains a sensitizer that may elicit an allergic response at concentrations smaller than 0.1% in individuals who are already sensitized to the chemical, the entire product mixture is classified as a skin sensitizer.

66.     A product that is a skin sensitizer is not hypoallergenic and is not suitable for sensitive skin. Once skin is sensitized, even a minute amount of the chemical allergen is enough to cause a full-blown allergic response. Thus, reasonable consumers seeking hypoallergenic products expect that such products do not contain any substances which are skin sensitizers

39

according to the above scientific and regulatory definition.

67.     Here, the Products are not hypoallergenic and are not suitable for sensitive skin because the new formulation contains an ingredient, or combination of ingredients, which acts as a skin sensitizer and causes an allergic response in a substantial percentage of the Product's intended users.

### D.     Consumer Deception

68.     As discussed above, each of the Labeling Claims are material to consumers and are primary drivers for why they buy the Product in the first place. Each of the Labeling Claims is false and misleading.

69.     Consumers generally interpret a label claim like "Dermatologist Recommended" as a strong endorsement of safety and efficacy from medical experts, implying that many dermatologists have specifically evaluated and favor that specific formulation of the product for consumers with sensitive skin over other available, competing products. However, given that Defendant has not publicly confirmed and has denied that the Product has undergone a formula change that renders each of the Labeling Claims untrue, dermatologists are misled just like consumers into believing that the Labeling Claims are true. To the extent any dermatologists rely on the old formulation of the Products, or rely on the Labeling Claims, in forming a recommendation based on the *new* formulation, the resulting recommendation is misleading in that it is the result of incomplete, misleading, and fraudulent information from the manufacturer. In fact, dermatologists strongly favor fragrance-free and hypoallergenic products for consumers sensitive-skin conditions, and advise against products like the Product here that are not hypoallergenic, that contain significant skin sensitizers, that contain fragrance, and that are unreasonably likely to cause an allergic response in its intended users.

70.     The fact that the Product is not hypoallergenic and not suitable for sensitive skin

is obvious even when comparing its effects on the *same* users of the Product's old and new formulation. Hundreds, if not thousands, of users have flocked the internet to report that they had been using the old formulation of the Product for years, often decades, without issue. Then, immediately upon switching to the new formulation, the Product caused skin sensitization and severe allergic responses in a large portion of the Product's intended users.

71. The Sensitive Skin Bar Soap is sold to consumers as an "sensitive skin," "hypoallergenic," and "fragrance free" alternative to its Dove "Original" and scented soaps, such as pictured below:



72.     Consumers purchase the Product as opposed to Dove's (and other manufacturers') bar soaps specifically to receive "sensitive skin," "hypoallergenic," and "fragrance free" *alternatives*. Consumers reasonably believe that the Products are *less* likely to cause an allergic reaction or contain skin sensitizers than these alternative products, and that they have been specifically designed to not cause an allergic reaction or skin sensitization in a significant percent of its intended users. But each of those assumptions is not true for the Product. For instance, for the Dove "Original" product depicted above, Dove's website[8] contains orders of magnitude less reviews complaining about skin sensitization or allergic responses as compared to the Dove Sensitive Skin Product. Despite containing 3,759 reviews,[9] there may be less than ten total reviews complaining of skin irritation for the Original product. On the other hand, the Sensitive Skin Product contains *hundreds* of such reviews, despite containing only 2,362 total reviews on Dove's website. Further, the vast majority of such reviews for the Sensitive Skin product are from the past 18 months, *after* the formulation change or so, meaning that the percentage of consumers suffering skin irritations from the Sensitive Skin Product is extremely high. It now appears that Defendant's Sensitive Skin product may be *less* suitable for sensitive skin and *more* prone to cause an allergic reaction than its Original Bar Soap, which does not claim to be for sensitive skin, does not claim to be hypoallergenic, and does not claim to be fragrance free. For the new formula of Sensitive Skin Bar Soap, virtually all positive reviews are marked as "Incentivized," meaning that the reviewers were not genuine consumers but received the products as part of a promotion and may have been incentivized to leave a positive review. Genuine reviews, on a whole, excoriate the new formulation of Sensitive Skin for not being suitable for sensitive skin, not being hypoallergenic, and not being fragrance free.

---

[8] https://www.dove.com/us/en/p/original-beauty-bar.html/00011111610798

[9] The numbers of reviews in this paragraph reflect the numbers of reviews as of January 2026.

73. To be clear, fragrance and each of the ingredients in the Product here are legally permitted to be in body care and soap products. But this is not an issue of whether the ingredients are permitted to be in such products generally. The specific combination of ingredients in the Products used, however, causes the Labeling Claims to be false and misleading. By promising consumers that the Products were suitable for "sensitive skin," were hypoallergenic, were fragrance free, and were recommended by dermatologists, Defendant misled consumers into believing that the claims were true, when they are not.

74. Plaintiff and the members of the proposed classes are not at fault for failing to discover Defendant's wrongs earlier and had no actual or presumptive knowledge of facts sufficient to put them on inquiry notice.

75. Defendant holds itself out to the public as a trusted expert in the area of hypoallergenic, safe, mild, and gentle personal care products.

76. Defendant knew what representations it made regarding the Product, and Defendant knew what ingredients it added to the Product.

77. Defendant also knew sufficient facts demonstrating that its Product contains allergens/sensitizers/irritants in sufficient quantities to cause skin irritation or corrosion or contact dermatitis in its intended users, and that the Product was therefore falsely labeled.

78. For example, Defendant is aware of countless consumer complaints about the Product on public fora, on its own website, and in retailer reviews. These consumers bemoan being misled by Defendant's "hypoallergenic," "sensitive skin," "fragrance free," and "dermatologist recommended" claims after learning the Product has a strong fragrance and caused allergic reactions and skin sensitization.

79. As Defendant knows, consumers prefer hypoallergenic and sensitive skin products, especially those with sensitive skin, eczema, or other skin conditions. As Defendant knows,

consumers will pay a premium for hypoallergenic and sensitive skin products or may choose not to purchase certain products at all unless they were truly hypoallergenic or suitable for sensitive skin, as advertised. As Defendant knows, consumers attribute additional value to a product they perceive has been recommended by dermatologists.

80. In making the false, misleading, and deceptive representations and omissions at issue: (a) Defendant intended Plaintiff and proposed class members to rely upon these representations and omissions in purchasing and using the Product; (b) Defendant knew and intended that consumers would purchase the Product when consumers would otherwise purchase a competing product; and (c) Defendant knew and intended that consumers would pay a premium for the Labeling Claims. Defendant's conduct furthered its private interest of increasing sales of its products and decreasing the sales of products marketed by its competitors.

81. With respect to the Product, Defendant knew some of the most important, material label representations to consumers are the Labeling Claims. Defendant made these prominent statements with knowledge that they are false and/or misleading to reasonable consumers. By deceiving consumers about the nature, quality, and/or ingredients of its Product, Defendant was and continues to take away market share from competing products and command a price premium, thereby increasing its own sales and profits.

82. When Plaintiff and the proposed class members purchased the Product, Plaintiff and the proposed class members saw the false, misleading, and deceptive representations detailed above, and did not receive disclosure of the facts concealed, as detailed above.

83. These misrepresentations were uniform and were communicated to Plaintiff and the proposed class members at every point of purchase and consumption.

84. Notably, the Labeling Statements are not disclaimed or modified anywhere on the Product's label or marketing. No asterisk or marking appears by the Labeling Claims. Because the

Labeling Claims are not disclaimed, reasonable consumers interpret them at face value.

85.     Plaintiff and the proposed class members were among the intended recipients of Defendant's deceptive representations and omissions.

86.     Plaintiff and the proposed class members reasonably relied to their detriment on Defendant's misleading representations and omissions.

87.     Defendant's false, misleading, and deceptive misrepresentations and omissions deceived and misled Plaintiff and the proposed class members, and continue to mislead reasonable consumers and the public.

88.     Defendant's misleading affirmative statements further obscured what it failed to disclose. Thus, reliance upon Defendant's misleading and deceptive representations and omissions may be presumed.

89.     Defendant made the deceptive representations and omissions with the intent to induce Plaintiff and the proposed class members to purchase the Product. Plaintiff's and the proposed class members' reliance upon such representations and omissions may be presumed.

90.     Defendant's deceptive representations and omissions are material in that a reasonable person would attach importance to such information and would be induced to act upon such information in making purchase decisions. Thus, Plaintiff's and the proposed class members' reliance upon such representations and omissions may be presumed as a matter of law. The materiality of those representations and omissions also establishes causation between Defendant's conduct and the injuries sustained by Plaintiff and the proposed class members.

91.     Defendant knew or should have known that reasonable consumers would consider the representations material in deciding to purchase the Product.

92.     Defendant knew or should have known that the representations could plausibly deceive reasonable consumers into believing that the Labeling Statements were true, when they

are not.

93.     Reasonable consumers: (a) ascribe a common meaning to words on product labels; (b) rely on product labels for their truth and accuracy; (c) are not required to conduct independent research to determine the truth of label statements; and (d) are not expected to look beyond misleading representations on the front label of a product or in marketing materials to determine whether they are false.

94.     Instead, it is the responsibility of product manufacturers to accurately label their products in a manner that is not misleading.

95.     Even a perfectly true statement that is couched in a manner that is likely to mislead or deceive consumers is actionable.

96.     Plaintiff and reasonable consumers reasonably believed that the prominent Labeling Claims were true. As described herein, Defendant's Labeling Claims are false. There is no "common sense" interpretation of the representations that would overcome their falsity.

**E.     Injuries and Damages**

97.     As an immediate, direct, and proximate result of Defendant's false, misleading, and deceptive representations and omissions, Defendant injured Plaintiff and putative class members in that they:

> (a)     paid a sum of money for a product that was not as represented;
>
> (b)     paid a premium price for a product that was not as represented;
>
> (c)     were deprived the benefit of the bargain because the Product they purchased was different from what Defendant warranted;
>
> (d)     were deprived the benefit of the bargain because the Product they purchased had less value than what was represented;

(e)     did not receive a product that measured up to their expectations as created by Defendant;

(f)     used a substance that Plaintiffs and the proposed class members did not expect or consent to;

(g)     used a product that was not hypoallergenic, suitable for sensitive skin, or fragrance free;

(h)     without their knowing consent, used a substance that is likely to cause an allergic reaction and is generally harmful to their health; and

(i)     without their knowing consent, used a substance that is itself a skin sensitizer per scientific and regulatory definitions.

98.     Had Defendant not made the false, misleading, and deceptive representations and omissions, Plaintiff and the proposed class members would not have been injured as listed above.

99.     Accordingly, Plaintiff and the proposed class members have suffered injury in fact and lost money or property as a result of Defendant's wrongful conduct.

100.     As the intended, direct, and proximate result of Defendant's false, misleading, and deceptive representations and omissions, Defendant has been unjustly enriched through more sales of the Product and higher profits at the expense of Plaintiff and the proposed class members. As a direct and proximate result of its deception, Defendant also unfairly obtained other benefits, including the higher value associated with a "hypoallergenic" and "dermatologist recommended" product or brand and the resulting higher stock value, redirecting sales to it and away from its competitors, and increased sales of its other products.

101.     On January 9, 2026, Plaintiff served a written demand letter with notice of the claims at issue in this litigation. Defendant has not responded. Plaintiff also served a draft copy of this Complaint on January 23, 2026 in a second letter. Defendant likewise did not respond.

## CLASS ACTION ALLEGATIONS

102.    Plaintiff brings this class action pursuant to Fed. R. Civ. P. 23, and all other

applicable laws and rules, individually, and on behalf of all members of the following Classes:

### Nationwide Class

All natural persons who purchased at least one of the Class
Products in the United States within the applicable statute of
limitations period

### Illinois Subclass

All natural persons who purchased at least one of the Class
Products in the State of Illinois within the applicable statute of
limitations period.

103.    Excluded from the Classes are the following individuals and/or entities:

Defendant and its parents, subsidiaries, affiliates, officers and directors, current or former

employees, and any entity in which Defendant has a controlling interest; all individuals who

make a timely election to be excluded from this proceeding using the correct protocol for opting

out; and all judges assigned to hear any aspect of this litigation, as well as their immediate family

members.

104.    Plaintiff reserves the right to modify or amend the definition of the proposed

Classes and/or add subclasses before the Court determines whether class certification is

appropriate.

105.    Plaintiff is a member of both classes.

106.    <u>Numerosity</u>: The proposed Classes are so numerous that joinder of all members

would be impractical. The Class Products are sold throughout the United States and the State of

Illinois. The number of individuals who purchased Class Product during the relevant time period

is at least in the hundreds. Accordingly, Class members are so numerous that their individual

joinder herein is impractical. While the precise number of Class members and their identities are unknown to Plaintiff at this time, these Class members are identifiable and ascertainable.

107.   <u>Common Questions Predominate:</u> There are questions of law and fact common to the proposed Classes that will drive the resolution of this action and will predominate over questions affecting only individual Class members. These questions include, but are not limited to, the following:

(a)   Whether Defendant misrepresented material facts and/or failed to disclose material facts in connection with the packaging, marketing, distribution, and sale of the Product;

(b)   Whether Defendant's use of the Labeling Claims constituted false or deceptive advertising;

(c)   Whether Defendant engaged in unfair, unlawful and/or fraudulent business practices;

(d)   Whether Defendant's unlawful conduct, as alleged herein, was intentional and knowing;

(e)   Whether Plaintiff and the Classes are entitled to damages and/or restitution, and if so, in what amount;

(f)   Whether Plaintiff and the Classes are entitled to statutory damages, and if so, in what amount; and

(g)   Whether Plaintiff and the Classes are entitled to an award of reasonable attorneys' fees, interest, and costs of suit.

108.   Defendant has engaged in a common course of conduct giving rise to violations of the legal rights sought to be enforced uniformly by Plaintiff on behalf of the proposed Classes. Similar or identical statutory and common law violations, business practices, and injuries are involved. The injuries sustained by members of the proposed Classes flow, in each instance, from a common nucleus of operative fact, namely, Defendant's deceptive packaging and advertising of the Product. Each instance of harm suffered by Plaintiff and Class members has directly resulted from a single course of unlawful conduct. Each Class member has been exposed

to the same deceptive practice, as the packaging of Class Products: (a) bears the same material Labeling Claims, and (b) the Product do not meet those representations of fact. Therefore, individual questions, if any, pale in comparison to the numerous common questions presented in this action.

109.    Superiority: Because of the relatively small damages at issue for each individual Class member, no Class member could afford to seek legal redress on an individual basis. Furthermore, individualized litigation increases the delay and expense to all parties and multiplies the burden on the judicial system presented by the complex legal and factual issues of this case. Individualized litigation also presents a potential for inconsistent or contradictory judgments. A class action is superior to any alternative means of prosecution.

110.    Typicality: The representative Plaintiff's claims are typical of those of the proposed Classes, as all members of the proposed Classes are similarly affected by Defendant's uniform unlawful conduct as alleged herein.

111.    Adequacy: Plaintiff will fairly and adequately protect the interests of the proposed Classes as his interests do not conflict with the interests of the members of the proposed Classes he seeks to represent, and he has retained counsel competent and experienced in similar class action litigation. The interests of the members of the Classes will be fairly and adequately protected by the Plaintiff and his counsel.

112.    Defendant has also acted, or failed to act, on grounds generally applicable to Plaintiff and the proposed Classes, supporting the imposition of uniform relief to ensure compatible standards of conduct toward the members of the Classes.

**COUNT I**
**Violation Of Illinois Consumer Fraud Act**, §§ **815 ILCS 505/1, *et seq***
(*For the Illinois Subclass*)

113.    Plaintiff hereby incorporates by reference and re-alleges herein the allegations

contained in all preceding paragraphs of this complaint.

114.    Plaintiff brings this claim individually and on behalf of the members of the proposed Illinois Subclass against Defendant.

115.    The Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), §§ 815 ILCS 505/1, *et seq.*, prohibits the use of unfair or deceptive business practices in the conduct of trade or commerce. The ICFA is to be liberally construed to effectuate its purpose.

116.    Defendant intended that Plaintiff and each of the other members of the Illinois Subclass would rely upon their deceptive conduct, and a reasonable person would in fact be misled by this deceptive conduct.

117.    As a result of Defendant's use or employment of unfair or deceptive acts or business practices, Plaintiff and each of the other members of the Illinois Subclass have sustained damages in an amount to be proven at trial.

118.    In addition, Defendant's conduct showed malice, motive, and reckless disregard of the truth such that an award of punitive damages is appropriate.

## COUNT II
### Breach of Express Warranty
### (*For all Classes*)

119.    Plaintiff hereby incorporates by reference and re-alleges herein the allegations contained in all preceding paragraphs of this complaint.

120.    Plaintiff brings this claim individually and on behalf of the members of the proposed Classes against Defendant.

121.    On January 9, 2026, and then again on January 23, 2026, prior to filing of this Complaint, Plaintiff's counsel sent letters to Defendant on behalf of Plaintiff and all other similarly situated individuals providing notice of breach of express warranty. The January 9, 2026 letter also demanded that Defendant cease and desist from such breach of warranties and

make full restitution to purchasers of all monies received therefrom.

122.    As the designer, manufacturer, marketer, distributor, and/or seller of the Class Products, Defendant issued an express warranty by representing to consumers at the point of purchase that the Class Products were suitable for "sensitive" skin, were "hypoallergenic," were "fragrance free," and were "Dermatologist #1 Recommended." These Labeling Claims were part of the description of the goods and the bargain upon which the goods were offered for sale and purchased by Plaintiff and members of the Class and Illinois Subclass.

123.    In fact, the Class Products do not conform to Defendant's Labeling Claims because they are not suitable for sensitive skin, are not hypoallergenic, are not fragrance free, and are not recommended by dermatologists. By falsely representing the Class Products in this way, Defendant breached express warranties.

124.    As a direct and proximate result of Defendant's breach, Plaintiff and members of the Class and Illinois Subclass were injured because they: (1) paid money for the Class Products that were not what Defendant represented; (2) were deprived of the benefit of the bargain because the Class Products they purchased were different than Defendant advertised; and (3) were deprived of the benefit of the bargain because the Class Products they purchased had less value than Defendant represented. Had Defendant not breached the express warranty by making the false representations alleged herein, Plaintiff and members of the Class and Illinois Subclass would not have purchased the Class Products or would not have paid as much as they did for them.

## COUNT III
### Fraud
#### (*For all Classes*)

125.    Plaintiff hereby incorporates by reference and re-alleges herein the allegations contained in all preceding paragraphs of this complaint.

126.    Plaintiff brings this claim individually and on behalf of the members of the proposed Classes against Defendant.

127.    Defendant affirmatively misrepresented to consumers that the Class Products were suitable for "sensitive" skin, were "hypoallergenic," were "fragrance free," and were "Dermatologist #1 Recommended." These Labeling Claims were part of the description of the goods and the bargain upon which the goods were offered for sale and purchased by Plaintiff and members of the Class and Illinois Subclass.

128.    The Labeling Claims are material to a reasonable consumer because it relates to the quality, safety, utility, and healthfulness of the Product. A reasonable consumer attaches importance to such representations and is induced to act thereon in making purchasing decisions with respect to bar soap.

129.    At all relevant times, Defendant knew that the Labeling Claims were misleading. Defendant intends for Plaintiff and other consumers to rely on the Labeling Claims, as evidenced by Defendant intentionally and conspicuously placing it on the packaging of the Product. In the alternative, Defendant acted recklessly in making the Labeling Claims without regard to the truth.

130.    Plaintiff and members of the proposed Classes have reasonably and justifiably relied on Defendant's intentional misrepresentations (*i.e.*, the Labeling Claims) when purchasing the Product, and had the correct facts been known, would not have purchased them at the prices at which they were sold in the market, or would not have purchased them at all.

131.    Therefore, as a direct and proximate result of Defendant's intentional misrepresentations, Plaintiff and members of the Classes have suffered economic losses and other general and specific damages, including but not limited to the price premium for the Class Product, and any interest that would have accrued on those monies, all in an amount to be proven

at trial.

## **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff individually and on behalf of the proposed Classes, respectfully

seek judgment against Defendant as follows:

A.   Certification of this case as a class action on behalf of the Classes defined above, appointment of Plaintiff as Class representative, and appointment of his counsel as Class counsel; Certifying the nationwide Class, the Illinois Subclass, under Rule 23 of the Federal Rules of Civil Procedure and naming Plaintiff as representatives of the Class and Illinois Subclass and Plaintiff's attorneys as Class Counsel to represent the Class and Subclass Members;

B.   A declaration that Defendant's actions, as described herein, violate the laws described herein;

C.   Finding in favor of Plaintiff, the nationwide Class and the Illinois Subclass, against Defendant on all counts asserted herein;

D.   An award to Plaintiff and the proposed Classes of restitution and/or other equitable relief, including, without limitation, restitutionary disgorgement of all profits and unjust enrichment that Defendant obtained from Plaintiff and the proposed Classes as a result of its unlawful, unfair and fraudulent business practices described herein;

E.   An award of all economic, monetary, actual, consequential, and compensatory damages caused by Defendant's conduct;

F.   An award of punitive damages, statutory damages, and/or monetary fines, consistent with permissible law and pursuant to only those causes of action so permitted;

G.   An award to Plaintiff and his counsel of reasonable expenses and attorneys' fees;

H.   An award to Plaintiff and the proposed Classes of pre and post-judgment interest, to the extent allowable; and

I.   For such further relief that the Court may deem just and proper.

## **JURY TRIAL DEMANDED**

Plaintiff demands a trial by jury on all claims so triable.

Dated:  February 17, 2026                    Respectfully submitted,

                                                        **SMITH KRIVOSHEY, PC**

By:     /s/ Yeremey Krivoshey
        Yeremey Krivoshey

Yeremey O. Krivoshey*
28 Geary Street, Ste. 650 # 1507
San Francisco, CA 94108
Phone: 415-839-7000
E-Mail:  yeremey@skclassactions.com

**SMITH KRIVOSHEY, PC**
Joel D. Smith*
867 Boylston Street, 5th Floor, Ste. 1520
Boston, MA 02116
Phone: 617-377-7404
E-Mail:  joel@skclassactions.com

**BRYSON HARRIS SUCIU & DEMAY PLLC**
J. Hunter Bryson
11 Park Place, 3rd Floor
New York, NY 1007
hbryson@brysonpllc.com

**BRYSON HARRIS SUCIU & DEMAY PLLC**
Nick Suciu III
6905 Telegraph Road, Suite 115
Bloomfield Hills, MI 48301
nsuciu@brysonpllc.com

**REESE LLP**
Michael Reese*
100 West 93rd St., 16th Floor
New York, NY 10025
mreese@reesellp.com

*Generally Admitted*

*Attorneys for Plaintiff*